IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| ANGELA R. GARRICK, | * |
| Plaintiff, | * |
| vs. | *   No. 5:10CV00292 SWW |
| JOHN M. MCHUGH, SECRETARY, UNITED STATES DEPARTMENT OF THE ARMY, | * |
| Defendant. | * |

**Order**

Before the Court is plaintiff's verbal motion for an extension of time to respond to defendant's motion to dismiss/motion for summary judgment. Plaintiff states defendant does not object.

IT IS THEREFORE ORDERED that plaintiff has until and including March 29, 2011, in which to file her response.

DATED this 28th day of March, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE